FILED

09/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0210

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**DA 22-0210**

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

RYAN M. HILL,

    Defendant and Appellant.

**ORDER**

Upon reading and filing Unopposed Motion for Extension of Time to File Opening Brief by attorney Penelope S. Strong, and good cause appearing, wherefore;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the deadline set to file the Opening Brief in this case is hereby extended from October 13, 2023, to November 22, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 29 2023